IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

EMANUEL JACKSON,            )
                            )
　　　Plaintiff,             )
                            )
v.                          )   CV 124-040
                            )
UNITED STATES OF AMERICA,   )
                            )
　　　Defendant.             )

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 29th day of May, 2024, at Augusta, Georgia.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE J. RANDAL HALL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA